**Azizollah ABRISHAMIAN, Plaintiff–Appellant,**

v.

**William M. DALEY, Secretary, U.S. Department of Commerce; United States Department of Commerce, Defendants–Appellees.**

No. 04–1683.

United States Court of Appeals, Fourth Circuit.

Submitted: Nov. 4, 2004.

Decided: Nov. 15, 2004.

Azizollah Abrishamian, Appellant pro se.

Larry David Adams, Assistant United States Attorney, Baltimore, Maryland, for Appellees.

Before WILKINSON, MOTZ, and DUNCAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Azizollah Abrishamian appeals from the district court's final order dismissing his civil action alleging employment discrimination. The order also denied Abrishamian's motion to reconsider an earlier order denying all but one of his claims.

We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Abrishamian v. Daley,* No. CA–00–2746–L (D.Md. Mar. 26, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*